UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

    -v-                                                                 No.  24-CR-148-LTS

TARA LUCAS,                                                             ORDER

         Defendant.

-------------------------------------------------------x

        Sentencing in this case is now scheduled to proceed on July 30. 2024, at 11:00 a.m., in Courtroom 17C.

        SO ORDERED.

Dated: New York, New York                        _/s/ Laura Taylor Swain_____
       June 6, 2024                                    LAURA TAYLOR SWAIN
                                                                  Chief United States District Judge