

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 25, 2024

**VIA ECF**

The Honorable Laura Taylor Swain
Chief United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Tara Lucas*, 24 Cr. 148 (LTS)

Dear Chief Judge Swain:

    The Government respectfully submits this letter to update the Court with respect to sentences that have been imposed in related cases since the filing of the Government's sentencing submission. An updated version of Exhibit A to the Government's submission is attached hereto.[1]

    Sincerely,

    DAMIAN WILLIAMS
    United States Attorney

    by: /s/
    Jerry Fang / Jacob R. Fiddelman / Meredith Foster /
    Catherine Ghosh / Sheb Swett
    Assistant United States Attorneys
    (212) 637-2584/-1024/-2310/-1114/-6522

cc:    James Neuman, Esq.

---

[1] Exhibit A does not include the small number of cases in which the Government has agreed to a misdemeanor disposition.

**EXHIBIT A**
**Felony Sentences Imposed on Related Defendants to Date**

| **Defendant** | **Docket** | **Date** | **Guidelines** | **Sentence** |
|---|---|---|---|---|
| Gibbs, Leroy* | 22 Cr. 534 (CM) | 2/8/23 | 27 to 33 months | 33 months' imprisonment |
| Figueroa, Julio | 22 Cr. 605 (DLC) | 2/9/23 | 12 to 18 months | 15 months' imprisonment |
| Rivera, John | 24 Cr. 150 (DLC) | 6/28/24 | 12 to 18 months | 12 months and one day's imprisonment |
| Quetell, Eddie | 24 Cr. 141 (VSB) | 7/23/24 | 12 to 18 months | 5 months' imprisonment |
| Escobar, Mauricio | 24 Cr. 213 (JPO) | 7/25/24 | 12 to 18 months | 5 months' imprisonment |
| Hernandez, Jose | 24 Cr. 156 (ALC) | 7/25/24 | 30 to 37 months | 19 months' imprisonment |

---

* Gibbs's case involved an aggravating enhancement for obstruction of justice.