# JAMES E. NEUMAN, P.C.

Attorney at Law
100 Lafayette Street – Suite 501
New York, New York 10013

TEL 212-966-5612
FAX 646-651-4559
james@jamesneuman.com

September 3, 2024

Hon. Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

## MEMO ENDORSED

Re: *USA v Tara Lucas,* 24 Cr. 148 (LTS)

Your Honor:

      I represent Tara Lucas in the referenced case and am writing to request that her passport be returned to her.

      When Ms. Lucas was arrested, she was released on various conditions, one of which was that she turn over her passport.  On August 2, 2024, Ms. Lucas was sentenced to four years of probation with the condition of one year of home confinement.  Pre-trial services requires an Order of this Court in order to release the passport.   The government has no objection to this application.

      Accordingly, we request that this Court endorse this letter so that it may serve as an Order to pre-trial services for the return of the passport by the Clerk of the Court.

      Thank you for your attention to this matter.

Respectfully submitted,

The foregoing request is granted.  Pretrial services
is respectfully directed to return Ms. Lucas'
passport.  This resolves docket entry no. 31.

_____/s/_____
James E. Neuman

Dated:  September 4, 2024
/s/ Laura Taylor Swain, Chief U.S.D.J.